# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| ROGER STANLEY WOODY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 2:11-CV-120-RWS |
| SHERIFF NEAL WALDEN, JR. | : |
| and INVESTIGATOR ROBYN | : |
| STILL, | : |
| | : |
| Defendants. | : |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [13] of Magistrate Judge Susan S. Cole.  After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court.  Accordingly, Plaintiff's Application to Proceed *in Forma Pauperis* [6] is hereby **DENIED**, and Plaintiff is **ORDERED** to pay the full filing fee of $350 within thirty (30) days of the entry of this Order or face possible dismissal of this action.  Further, Plaintiff's Motion for Preliminary Injunction [5], Motion for Declaratory Judgment [7], and Motion for Temporary Restraining Order [11] are **DENIED, WITHOUT PREJUDICE**.

AO 72A
(Rev.8/82)

**SO ORDERED**, this  6th   day of October, 2011.

_____
**RICHARD W. STORY**
United States District Judge